```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIN KHAN,

                Plaintiff,

       v.

AC AUTOMOTIVE, INC.,

                Defendant.

No. 20-CV-4949 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 3, 2020, Plaintiff filed an affidavit of service stating that Defendant was served on July 1, 2020. Defendant's answer was due on July 22, 2020. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by August 28, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, it shall do so by September 11, 2020.

    Plaintiff shall serve a copy of this Order on Defendant by August 14, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    August 7, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge