**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 9/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMIN KHAN,

                       Plaintiff,

        v.

AC AUTOMOTIVE, INC.,

                       Defendant.

No. 20-CV-4949 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On August 7, the Court extended Defendant's time to answer to August 28, 2020, and stated that if Defendant fails to do so, and Plaintiff intends to move for default judgment, Plaintiff shall do so by September 11, 2020.  Dkt. 6.  On September 11, 2020, Plaintiff moved for default judgment and filed a supporting declarations of Abdul K. Hassan.  Dkts. 8-10.  On September 14, 2020, the Clerk of Court entered a certificate of default against Defendant. Upon consideration of these documents it is hereby:

    ORDERED that, Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **September 22, 2020** on Defendant by the methods described in Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff shall file proof of service of these documents with the Court.

    IT IS FURTHER ORDERED that Defendant's answering papers, if any, should be served upon Plaintiff by **October 13, 2020**.

    In light of the COVID-19 crisis, the Court will not have a conference and will instead resolve this matter on the papers.  If Defendant fails to file answering papers on Plaintiff by

October 13, 2020, or fails to request an extension to do so, judgment may be entered for Plaintiff.

SO ORDERED.

Dated:   September 15, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge