# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**September 16, 2020**

**Via ECF**

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 1506
New York, NY 10007
Tel: 212-805-0162

<u>**Re: Khan v. AC Automotive, Inc.**</u>
Case No.  20-CV-04949
Motion for Extension of Time

Dear Judge Abrams:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the September 22, 2020 deadline for Plaintiff to file his motion for a default judgment. This request is being made because I have been working on a major appeal before the New York Court of Appeals as well as a major summary judgment motion due before September 22, 2020. The additional time will also give Defendant another chance to appear, answer and/or resolve the case. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

Application granted. Plaintiff's date to file and serve his motion for default judgment and supporting papers is hereby extended to October 22, 2020 Defendant's date to file and serve answering papers is hereby extended to November 12, 2020.  Plaintiff shall serve a copy of this Order on Defendant and file proof of such service on the docket.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/17/2020