UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

AMIN KHAN,

        Plaintiff,

    -against-

AC AUTOMOTIVE, INC.,

        Defendant.

---------------------------------------------------------X

20 **CIVIL** 4949 (RA)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum Opinion and Order dated May 21, 2021, Plaintiff's motion for default judgment is granted. Defendant shall pay the sum of $23,711.50 for violations of the FLSA's overtime provisions, $23,711.50 in liquidated damages under those provisions, $15,040 for violation of the NYLL's minimum-wage requirements, $15,040 in liquidated damages under those provisions, and $10,000 for violations of Section 195 of the NYLL, for a total of $87,503, and the case is closed.

**DATED**: New York, New York
        May 24, 2021

                                      **RUBY J. KRAJICK**
                                      _____
                                        **Clerk of Court**
                            **BY:**_____
                                          **Deputy Clerk**